FILED IN OPEN COURT
ON 8/5/20 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-374-1D(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DAVID DANIEL THOMAS | ) | |

The Grand Jury charges that:

On or about December 14, 2019, in the Eastern District of North Carolina, DAVID DANIEL THOMAS, the defendant herein, maliciously damaged and destroyed by means, of fire, personal and real property of Gustos Investments, LLC., located at 6408 Starbrook Drive, Apartment 8, Fayetteville, North Carolina, a business that affects interstate commerce, in violation of Title 18, United States Code, Sections 844(i).

(Remainder of page intentionally left blank)

1

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in the foregoing Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation(s).

If any of the property described above as being subject to forfeiture to the United States, as a result of any act or omission of the Defendant,

   (1) Cannot be located upon the exercise of due diligence;
   (2) Has been transferred or sold to, or deposited with a third party;
   (3) Has been placed beyond the jurisdiction of the Court;
   (4) Has been substantially diminished in value; or
   (5) Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said Defendant up to the value of the

2

above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_5-8-2020_
DATE:

Robert J. Higdon, Jr.
United States Attorney

*Charity L Wilson*
By: Charity L. Wilson
Assistant United States Attorney
Criminal Division

3